# United States District Court
## For The Western District of North Carolina
## Bryson City Division

LORETTA SIMOND HUSKINS,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                        2:11cv53 and 2:06cr35-1 (2255)

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/16/11 Order.

                                      Signed: December 16, 2011

                                      Frank G. Johns, Clerk
                                      United States District Court